**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DENISE ROSA,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:11-cv-1864-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. No. 12) filed February 28, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed June 18, 2012 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

    3. This case is **DISMISSED**.

    4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of July, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party